Appeal No. 16-2203

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

ATLAS IP, LLC, A Florida Corporation,

*Plaintiff-Appellant*,

v.

COMMONWEALTH EDISON CO., An Illinois Corporation,

*Defendant-Appellee.*

Appeal from the United States District Court for the Northern District of Illinois in case no. 15-cv-10746, Judge Milton I. Shadur

## UNOPPOSED MOTION FOR WITHDRAWAL OF COUNSEL FOR PLAINTIFF-APPELLANT

Rolf O. Stadheim
George C. Summerfield
Kyle L. Harvey
Robert M. Spalding
STADHEIM & GREAR LTD.
400 North Michigan Avenue
Suite 2200
Chicago, Illinois 60611
Telephone: (312) 755-4400
Facsimile: (312) 755-4408

*Attorneys for Plaintiff-Appellant*
*Atlas IP, LLC*

February 20, 2017

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Atlas IP, LLC    v.    Commonwealth Edison Co.

Case No.    2016-2203

## CERTIFICATE OF INTEREST

Counsel for the:
☐ (petitioner) ☒ (appellant) ☐ (respondent) ☐ (appellee) ☐ (amicus) ☐ (name of party)

Atlas IP, LLC

certifies the following (use "None" if applicable; use extra sheets if necessary):

| 1. Full Name of Party Represented by me | 2. Name of Real Party in interest (Please only include any real party in interest NOT identified in Question 3) represented by me is: | 3. Parent corporations and publicly held companies that own 10 % or more of stock in the party |
|---|---|---|
| Atlas IP, LLC | Atlas IP, LLC | none |

4. The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court (**and who have not or will not enter an appearance in this case**) are:

Christopher H. St. Peter, George C. Summerfield, Stadheim & Grear, Ltd, 400 N. Michigan Ave, #2200, Chicago, IL 60611

June 24, 2016                                    /s/ George C. Summerfield
Date                                             Signature of counsel

Please Note: All questions must be answered    George C. Summerfield
                                               Printed name of counsel

cc:

Reset Fields

Pursuant to Federal Circuit Rules 27 and 47.3(c)(5), Stadheim & Grear, Ltd. ("Stadheim"), counsel for plaintiff-appellant Atlas, LLC ("Atlas") respectfully moves this Court for withdrawal of Rolf O. Stadheim, George C. Summerfield, Kyle L. Harvey, Robert M. Spalding and Christopher H. St. Peter as counsel for Atlas, with the consent of Atlas, new counsel for Atlas in this proceeding, the law firm of Loevy & Loevy, and counsel for defendant-appellee.

Withdrawal is proper because, as of January 31, 2017, Mr. Summerfield, Ms. Harvey and Mr. St. Peter were no longer employed by Stadheim and uninvolved in this matter as of that date. Atlas will continue to be represented by Matthew Topic of Loevy & Loevy, who filed his entry of appearance as lead counsel for plaintiff-appellant on February 7, 2017.

All parties consent to this motion and none intends to file a response. Stadheim's withdrawal will not result in delay or inconvenience to any party, counsel, or the Court.

Dated:  February 20, 2017  /s/ *Rolf O. Stadheim*
Rolf O. Stadheim
George C. Summerfield
Kyle L. Harvey
Robert Spalding
Christopher H. St. Peter
Stadheim & Grear Ltd.
400 North Michigan Avenue
Suite 2200
Chicago, Illinois 60611
Telephone: (312) 755-4400
Facsimile: (312) 755-4408

*Attorneys for Plaintiff-Appellant*
*Atlas IP, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of February, 2017, I electronically filed the foregoing UNOPPOSED MOTION FOR WITHDRAWAL OF COUNSEL FOR PLAINTIFF-APPELLANT using the CM/ECF system of the Court, which will send a notice of electronic filing to the following counsel of record:

Mark A. Lemly
mlemley@durietangric.com
Daralyn J. Durie
ddurie@durietangri.com
Adam Robert Brausa
abrausa@durietangri.com
Durie Tangri LLP
217 Leidesdorff Street
San Francisco, CA 94111
Telephone: 415-362-6666

*/s/ Rolf O. Stadheim*
Rolf O. Stadheim